Lf 1007-212/2006)

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

## Address Change Form

Debtor(s) Name **Amanda L. Schick**    Case **10-02177-FLK7**

Names & Addresses to be added or changed:

| **ADD** to mailing list: | **CHANGE** addresses on mailing list |
|---|---|
| _____ (Name) | **Amanda L. Schick** (Name) |
| _____ (Address) | **2948 W. Powell Blvd #110** (Address) |
| _____ (City State Zip) | **Gresham, OR 97030** (City State Zip) |
| ☐ Debtor(s): ☐ Husband, ☐ Wife, ☐ Both | ☒ Debtor(s): ☐ Husband, ☐ Wife, ☐ Both |
| _____ (Name) | _____ (Name) |
| _____ (Address) | _____ (Address) |
| _____ (City State Zip) | _____ (City State Zip) |
| ☐ Debtor(s): ☐ Husband, ☐ Wife, ☐ Both | ☐ Debtor(s): ☐ Husband, ☐ Wife, ☐ Both |

Note: If more than two names, please attach matrix, listing only the additional or corrected names and addresses.

☐ Creditor Names and Addresses have been added or changed in creditor maintenance

*Joy Hamilton* (Signature)

**5/6/10** Date